**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO: 26-** |
| **v.** | : | **DATE FILED: Oct. 27, 2026** |
| **ROSANNY FABRE VILLA** | : | **VIOLATION:** **52 U.S.C. § 20511(2)(A) (false statement** |
| | : | **of citizenship in order to vote – 1 count)** |

**INDICTMENT**

**COUNT ONE**

**THE GRAND JURY CHARGES THAT:**

On or about March 3, 2026, in Berks County, in the Eastern District of Pennsylvania, defendant

**ROSANNY FABRE VILLA**

knowingly and willfully deprived, defrauded, and attempted to deprive and defraud the residents of the Commonwealth of Pennsylvania of a fair and impartially conducted election process by the procurement and submission of a voter registration application that was known by her to be materially false, fictitious and fraudulent under the laws of the Commonwealth of Pennsylvania in an election for federal office, that is, defendant FABRE VILLA submitted a voter registration application she knew was fraudulent because on it she falsely claimed to be a United States citizen, when as she well knew, she was not a United States citizen.

In violation of Title 52, United States Code, Section 20511(2)(A).

**A TRUE BILL:**

[redacted]

/FOR

**DAVID METCALF**
**United States Attorney**

*No.*___________

**UNITED STATES DISTRICT COURT**

Eastern District of Pennsylvania

Criminal Division

THE UNITED STATES OF AMERICA

vs.

ROSANNY FABRE VILLA

INDICTMENT

Count

52 U.S.C. § 20511(2)(A) (false statement of citizenship in order to vote – 1 count)

A true bill.

[redacted]